442 A.2d 357

Commonwealth v. Atkins, Appellant.

Submitted April 13, 1981. Donald R. Calaiaro, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and JOHNSON, JJ.

Judgment of sentence is affirmed on the comprehensive opinion of Judge Harper.

442 A.2d 358

Commonwealth v. Chapman, Appellant.

Submitted June 13, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.